UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                :
HOWARD EFFRON,
                : Case No: 08-CV-0965 (VM)
        Plaintiff,
                : ECF
  -against-
                : **NOTICE OF APPEARANCE**
ELEMENT 21 GOLF, INC. and NATALIYA HEARN,
                :
        Defendants.
               :
------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Please enter my appearance on behalf of Defendants, ELEMENT 21 GOLF, INC. and NATALIYA HEARN. I certify that I am admitted to practice in this Court.

Dated: New York, New York
       February 21, 2008

                              **ROBINSON & COLE** LLP

                              By _____
                                 David E. Ross (DR-1513)
                                 *Attorneys for Defendants*
                                 885 Third Avenue, 28th Floor
                                 New York, NY 10022
                                 Tel. No.: (212) 451-2900
                                 Fax No.: (212) 451-2999
                                 dross@rc.com

## CERTIFICATE OF SERVICE

I, Joseph L. Clasen, hereby certify that on this 21st day of February, 2008, I served a true copy of the foregoing NOTICE OF APPEARANCE via ECF and regular mail, postage pre-paid, upon the following:

Siller Wilk, LLP
Stuart M. Riback, Esq.
Attorneys for Plaintiff
1370 Avenue of the Americas
New York, New York 10019
212-246-2400

_____
David E. Ross (DR-1513)