UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
                                                                   :
HOWARD EFFRON,                                                     :
                                                                   :    Case No: 08-CV-0965 (VM)
                            Plaintiff,                             :
                                                                   :    ECF
           -against-                                                :
                                                                   :    **NOTICE OF APPEARANCE**
ELEMENT 21 GOLF, INC. and NATALIYA HEARN,                          :
                                                                   :
                            Defendants.                            :
                                                                   :
------------------------------------------------------------------ x

To the Clerk of this Court and all parties of record:

    Please enter my appearance on behalf of Defendants, ELEMENT 21 GOLF, INC. and NATALIYA HEARN. I certify that I am admitted to practice in this Court.

Dated:  New York, New York
        February 21, 2008

                                            **ROBINSON & COLE LLP**

                                            By _____
                                               Joseph L. Clasen (JC-1759)
                                               *Attorneys for Defendants*
                                               885 Third Avenue, 28th Floor
                                               New York, NY 10022
                                               Tel. No.: (212) 451-2900
                                               Fax No.: (212) 451-2999
                                               jclasen@rc.com

NEWY1-635944-1

## **CERTIFICATE OF SERVICE**

  I, Joseph L. Clasen, hereby certify that on this 21st day of February, 2008, I served a true copy of the foregoing NOTICE OF APPEARANCE via ECF and regular mail, postage pre-paid, upon the following:

Siller Wilk, LLP
Stuart M. Riback, Esq.
Attorneys for Plaintiff
1370 Avenue of the Americas
New York, New York 10019
212-246-2400

                Joseph L. Clasen (JC-1759)