UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------

| | |
|---|---|
| Howard Effron, | ) CASE NUMBER: |
|  | ) 08 CV 0965 |
| *Plaintiff,* | ) |
|  | ) |
| -*against*- | ) |
|  | ) |
| Element 21 Golf, Inc., and | ) |
| Nataliya Hearn, | ) |
|  | ) |
| *Defendants.* | ) |

------------------------------------------------------------------------

## AFFIDAVIT OF SERVICE

I, Mervyn Archdall, Process Server with Independent Process Servers, 47 Colborne Street, of the City of Toronto, in the Province of Ontario, M5E 1P8, in the Dominion of Canada

**MAKE OATH AND SAY:** I am over 18 years of age and I am not a party to this action.

1.   **THAT** on February 13, 2008, at approximately 11:50 a.m., I served the Defendant, Nataliya Hearn, personally, with a true copy of the Summons in a Civil Action and Complaint, (dated January 29, 2008) Civil Cover Sheet, Individual Practices of the United States District Court Judge Victor Marrero, Individual Practices of Magistrate Judge Ronald L. Ellis by delivering and leaving a true copy of each with an adult female who identified herself as Nataliya Hearn, at Element 21 Golf, Inc., 200 Queens Quay East, Unit 1, Toronto, Ontario.

2.   **THAT** at the time of such service, I was able to identify the said adult female by means of asking for her name and she identified herself to me as being the Defendant Nataliya Hearn.

**SWORN** before me at
the City of Toronto, in the
Province of Ontario, in the
Dominion of Canada, on
this 21st February, 2008.

———————————————          ———————————————
                                                                 MERVYN ARCHDALL