UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

HOWARD EFFRON,

                Plaintiff,

  -against-

ELEMENT 21 GOLF, INC. and NATALIYA HEARN,

                Defendants.

-------------------------------------------------------------- x

Case No: 08-CV-0965 (VM)

ECF

**STIPULATION EXTENDING TIME TO ANSWER**

IT IS HEREBY STIPULATED AND AGREED that defendants, Element 21 Golf, Inc. and Nataliya Hearn shall have until March 21, 2008 to move or Answer the Complaint.

Dated: New York, New York
       February 21, 2008

SILLER WILK, LLP

By: _____
Stuart M. Riback (SMR-2443)
Attorneys for Plaintiff
675 Third Avenue
New York, New York 10017
212-421-2233

ROBINSON & COLE LLP

By: _____
Joseph L. Clasen (JC-1759)
David E. Ross (DR-1513)
Attorneys for Defendants Element 21 Golf, Inc. and Nataliya Hearn
885 Third Avenue
New York, NY 100022
212-451-2900

SO ORDERED: 26 February 2008

_____
USDJ
Victor Marrero

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-26-08

NEWY1-636108-1