```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
HOWARD EFFRON,                       :
                                     :   08 Civ. 00965 (VM)
                 Plaintiff,          :
                                     :   **CONDITIONAL**
        -against-                    :   **ORDER OF DISCONTINUANCE**
                                     :
ELEMENT 21 GOLF, INC. et al,         :
                                     :
                 Defendants.         :
------------------------------------ X

**VICTOR MARRERO, United States District Judge.**

Counsel for plaintiff, having notified the Court, by letter dated April 17, 2008, a copy of which is attached, that the parties have reached an agreement in principle to settle this action without further litigation, it is hereby

**ORDERED**, that this action be conditionally discontinued without prejudice and without costs; provided, however, that within thirty (30) days of the date of this Order, the parties may submit to the Court their own Stipulation of Dismissal for the Court to So Order. Otherwise, within such time counsel for plaintiff may apply by letter for restoration of the action to the active calendar of this Court in the event by the deadline indicated the settlement is not consummated. Upon such notification, the defendant shall continue to be subject to the Court's jurisdiction, the Court shall promptly reinstate the action to its active docket and the parties shall be directed to appear before the Court, without the necessity of additional process, on a date within thirty days of the plaintiff's application for reinstatement, to schedule remaining

pre-trial proceedings and/or dispositive motions, as appropriate. This Order shall be deemed a final discontinuance of the action with prejudice in the event plaintiff has not requested restoration of the case to the active calendar within such period of time.

The Clerk of Court is directed to close this case.

**SO ORDERED.**

Dated:   NEW YORK, NEW YORK
         22 April 2008

                                      VICTOR MARRERO
                                      U.S.D.J.

# SILLER WILK LLP

ATTORNEYS AT LAW
675 THIRD AVENUE
NEW YORK, NY 10017
TELEPHONE: 212-421-2233
FACSIMILE: 212-752-6380
E-MAIL: SRIBACK@SILLERWILK.COM

NEW JERSEY OFFICE:
121 SUMMIT AVENUE, SUITE 202
SUMMIT, NJ 07901
TELEPHONE: 908-273-2490

EUROPEAN OFFICE:
5, RUE JEAN-PECOLAT
1201 GENEVA, SWITZERLAND
TELEPHONE: +41-22-322-2010
FACSIMILE: +41-22-322-2019

STUART M. RIBACK
PARTNER
DIRECT DIAL: (212) 981-2326

April 17, 2008

Hon. Victor Marrero
United States District Court
500 Pearl Street
New York, NY 10007

Re: Effron v. Element 21 Golf
08 Civ. 0965 (VM)

Dear Judge Marrero:

This firm represents the plaintiff in the referenced action. I write in response to Your Honor's order of April 16, 2008, directing plaintiff to advise chambers of the status of this action.

The action has been settled. I anticipate submitting a stipulation to Your Honor to be "So Ordered" in the near future.

Respectfully yours,

Stuart M. Riback

SMR:ran

cc: David E. Ross, Esq.

{00216069v1}